Christina A. DiEdoardo (SBN 258714)
**The Matian Firm, APC**
111 N. Market Street, Suite 888
San Jose, California 95113
Tel (408) 516-1208
Fax (408) 516-1209
christina@matianlegal.com
Attorney for Defendant JESUS DIAZ-MAGALLON

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JESUS DIAZ-MAGALLON a/k/a "CHUY" and<br>LANCE TORREGROZA<br><br>Defendants. | Case No. 5:21-mj-70636-MAG<br><br>STIPULATION AND ORDER **(AS MODIFIED)** CONTINUING PRELIMINARY HEARING UNTIL JANUARY 28, 2022<br><br><br><br>Date:<br>Time:<br>Dept: |

The parties, through their counsel of record, stipulate as follows:

A preliminary hearing is set in this case for December 7, 2021. However, the government has produced a significant amount of discovery in this case and Ms. Christina DiEdoardo, counsel for defendant JESUS DIAZ-MAGALLON, unexpectedly fell ill on Sunday, December 5, 2021. Therefore, the parties wish to continue the preliminary hearing until January 28, 2022, at **2:00 p.m.** before the San Jose Duty Magistrate. Therefore, the parties hereby stipulate and agree:

1. The time between December 7, 2021, and January 28, 2022, should be excluded under the Speedy Trial Act because failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the

1

exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See id. §3161(h)(7)(A).

2. Taking into account the public interest in the prompt disposition of criminal cases, there is good cause to extend the time limits under Federal Rule of Criminal Procedure 5.1(c). Accordingly, the time limits for conducting a preliminary hearing are tolled from December 7, 2021, until January 28, 2022.

IT IS SO STIPULATED.

DATE: December 6, 2021     /s/Christina A. DiEdoardo
                           Christina A. DiEdoardo
                           Attorney for Defendant Diaz-Magallon

DATE: December 6, 2021     /s/Vicki H. Young
                           Vicki H. Young
                           Attorney for Defendant Lance Torregroza

DATE: December 6, 2021     /s/Ross Weingarten
                           Ross Weingarten
                           Assistant United States Attorney

**ORDER**

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between December 7, 2021, and January 28, 2022, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time between December 7, 2021, and January 28, 2022, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. The Court also finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). See Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

Therefore, IT IS HEREBY ORDERED that the time between December 7, 2021, and January 28, 2022, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Federal Rule of Criminal Procedure 5.1.

DATED:  December 6, 2021



_____
HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Donna M. Ryu